```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 13350
    LEON BUCKNER
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-7820


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/23/2008 and was not confirmed.

      The case was dismissed without confirmation 08/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                          PAID            PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC   2000.00              .00              .00
AMERICAN GENERAL FINANCE  UNSECURED       2585.70              .00              .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED             .00              .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED             .00              .00
ECAST SETTLEMENT          UNSECURED       3980.19              .00              .00
ECAST SETTLEMENT          UNSECURED       1661.77              .00              .00
ADVANCE AMERICA CASH LOA  UNSECURED      NOT FILED             .00              .00
CHASE CARD MEMBER SERVIC  UNSECURED      NOT FILED             .00              .00
CHASE                     NOTICE ONLY    NOT FILED             .00              .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED             .00              .00
EMPRESS CASINO JOLIET CO  UNSECURED      NOT FILED             .00              .00
EMPRESS CASINO            NOTICE ONLY    NOT FILED             .00              .00
EMPRESS CASINO JOLIET CO  UNSECURED      NOT FILED             .00              .00
EMPRESS CASINO            NOTICE ONLY    NOT FILED             .00              .00
EMPRESS CASINO JOLIET CO  UNSECURED      NOT FILED             .00              .00
EMPRESS CASINO            NOTICE ONLY    NOT FILED             .00              .00
GMAC MORTGAGE             NOTICE ONLY    NOT FILED             .00              .00
GRAND VICTORIA CASINO     UNSECURED      NOT FILED             .00              .00
HOLLYWOOD CASINO          UNSECURED      NOT FILED             .00              .00
HSBC                      UNSECURED       3361.35              .00              .00
KANE COUNTY STATE ATTORN  UNSECURED      NOT FILED             .00              .00
LASALLE BANK              UNSECURED      NOT FILED             .00              .00
LASALLE BANK              NOTICE ONLY    NOT FILED             .00              .00
MAJESTIC STAR CASINO      UNSECURED      NOT FILED             .00              .00
MAJESTIC STAR CASINO      NOTICE ONLY    NOT FILED             .00              .00
NICOR GAS                 UNSECURED      NOT FILED             .00              .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED             .00              .00
SEARS                     UNSECURED      NOT FILED             .00              .00
TCF BANK & SAVINGS        UNSECURED      NOT FILED             .00              .00
SMALL BUSINESS ADMINISTR  UNSECURED      NOT FILED             .00              .00
US BANK                   UNSECURED      NOT FILED             .00              .00
VILLAGE OF BELLWOOD       UNSECURED      NOT FILED             .00              .00
WELLS FARGO               NOTICE ONLY    NOT FILED             .00              .00
WILL COUNTY STATES ATTOR  UNSECURED      NOT FILED             .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 13350 LEON BUCKNER
```

```
PETER FRANCIS GERACI      DEBTOR ATTY        .00                      .00
TOM VAUGHN                TRUSTEE                                     .00
DEBTOR REFUND             REFUND                                      .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          ---------------     ---------------
TOTALS                         .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/19/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE